JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER, | Case: 2:15-CV-05104-BRO-JC |
| Plaintiff, | **ORDER** |
| v. | |
| BOARDWALK SUNSET, LLC, a California Limited Liability Company; and Does 1-10, | |
| Defendants. | |

## **ORDER**

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: September 29, 2015

_____

HON. BEVERLY REID O'CONNELL
United States District Judge

1

ORER ON Joint Stipulation for Dismissal          Case:    2:15-CV-05104-
BRO-JC